CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Adrian Fallings    FR-5045
**Full Name of Plaintiff    Inmate Number**

v.

SgT. MARtell
**Name of Defendant 1**

_____
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**
(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
SCRANTON
SEP 2 4 2020
PER _____
DEPUTY CLERK

I.    **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Fallings Adrian E.
Name (Last, First, MI)

Inmate Number
FR-5045

Place of Confinement
SCI- Benner Township

Address
301 Institutions Drive Bellefonte P.A. 16823
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First)
Sgt. Martell

Current Job Title
Sergent

Current Work Address
SCI-Benner Township  301 Institutions Drive

City, County, State, Zip Code
Bellefonte, P.A 16823

Defendant 2:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 3:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

SCI-Benner Township on FA Block

B. On what date did the events giving rise to your claim(s) occur?

6-11-20

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On the above date and time 6-11-20 at 2:36p.m I ask Sergent Martell when would he sign cable slips. He said fuck them slips and as far as I'm concornieb with you. Just know that your celly put a grievance in on me now you caught up in the middle of it and you gone to feel the wrath for this shit and when I come into your cell I don't want to hear that you can't breath bullshit. (which was in Reference to George Floyed incident)
    Doc policy as far as abuse allegations (DC-ADM001) Chapter 4 Ariticle A verse 1:C
    A verbal or written threat to inflict physical injury directed toward you.

### IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Violation of the Equal Protection Clause of the Fourteen Amendment.

He also acted "Maliciously and sadistically for the very purpose of causing harm" violating also the Fourteenth Amendment to the United States Constitution A constitutional protection for prisoners subject to inhumane condition of confinement.

Procedural Due Procese

### V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I'm asking for $60,000.00.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Adrian Fallings*
Signature of Plaintiff

9-20-20
Date

Adrian Fallings FR-5045
SCI-Benner Township
301 Institutions Drive
Bellefonte, P.A. 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE ⟫ PITNEY BOWES
ZIP 16823  $ 000.50⁰
02 1W
0001403631 SEP 21 2020

RECEIVED
SCRANTON

SEP 24 2020

PER _____ DEPUTY CLERK
"Legn"

To. Office of The Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, P.A. 18501-1148